IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM BEARDEN,<br>    ID # 126072554,<br>        Petitioner, | § § § § | |
| v. | § § | No. 3:25-CV-3021-D-BW |
| JOHNSON COUNTY JAIL,<br>        Respondent. | § § § | Referred to U.S. Magistrate Judge[1] |

## ORDER

On January 26, 2026, the undersigned recommended that the Court deny Petitioner William Bearden's Application to Proceed In Forma Pauperis and dismiss this action without prejudice for failure to prosecute or follow orders of the Court, as provided by Federal Rule of Civil Procedure 41(b), because Bearden failed to comply with the Court's order to pay the $5.00 filing fee. (*See* Dkt. No. 11.) Bearden's objections to the recommendation were received on February 9, 2026. (*See* Dkt. No. 12.) Because the objections indicate that Bearden is attempting to comply with the Court's order to pay the $5.00 filing fee and to prosecute his lawsuit, the undersigned **WITHDRAWS** the recommendation dated January 26, 2026 (Dkt. No. 11).

**SO ORDERED** on February 12, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

---

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.